IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re the matter of

FRANCISCO SANCHEZ,

Debtor.

NO. 18-09633
CHAPTER 13

JUDGE A. BENJAMIN GOLDGAR

NOTICE OF MOTION

TO:

Francisco Sanchez
8611 Melvina Ave.
Burbank, IL 60459
**BY U.S. MAIL**

David M. Siegel, Attorney for Debtor    **BY ELECTRONIC TRANSMISSION**
Marilyn O. Marshall, Chapter 13 Trustee    **BY ELECTRONIC TRANSMISSION**

PLEASE TAKE NOTICE that on October 22, 2019, at 9:30 a.m., or as soon thereafter as Counsel may be heard, we shall appear before the Honorable A. BENJAMIN GOLDGAR, Bankruptcy Judge, **219 South Dearborn Street, Courtroom #642, Chicago, Illinois**, and then and there present the attached Motion to Modify the Automatic Stay, a copy of which is hereby served upon you.

PROOF OF SERVICE

I, the undersigned attorney, certify that I served a copy of this Notice with Motion to Modify the Automatic Stay attached, upon the parties listed above, by the methods specified, from 2056 Ridge Road, Homewood, Illinois 60430 before the hour of 5:00 P.M. on the 8th day of October, 2019.

BY:    /s/ Terri M. Long
TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois  60430
Phone: (708) 922-3301
Fax:  : (708) 922-3302
Atty. for THE MONEY SOURCE INC., its Successors and/or Assigns

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re the matter of

FRANCISCO SANCHEZ,

Debtor.

NO.   18-09633
CHAPTER 13

JUDGE A. BENJAMIN GOLDGAR

MOTION TO MODIFY AUTOMATIC STAY

Now comes THE MONEY SOURCE INC., its successors and/or assigns, (hereinafter referred to as "Movant") a creditor herein, by TERRI M. LONG, its attorney, and moves this Honorable Court for entry of an Order modifying the restraining provisions of §362 of the Bankruptcy Code, and in support thereof respectfully represents as follows:

1. On April 2, 2018, the Debtor herein filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. Movant is a creditor of the Debtor with respect to a certain mortgage upon real estate, with a common address of 8611 Melvina Ave, Burbank, Illinois 60459, with an outstanding balance of $165,027.75 as of the petition date.

3. According to the Debtor's plan, the Debtor is the disbursing agent for all post-petition mortgage payments to creditor.

4. The Debtor has caused a default in post-petition monthly mortgage payments in the amount of $4,851.90 as of October 3, 2019, plus fees and costs.

5. Movant requests that Bankruptcy Rule 4001(a)(3) not apply to any Order granting this motion.

WHEREFORE, THE MONEY SOURCE INC., its successors and/or assigns, prays that this Honorable Court enter an Order modifying the restraining provisions of §362 of the Bankruptcy Code to permit the said Movant to foreclose its security interest in certain real estate, with a common address of 8611 Melvina Ave, Burbank, Illinois 60459, and for such other and further relief as this Court may deem just.

                                                                   THE MONEY SOURCE INC., its Successors and/or Assigns

                                                                   BY: _____/s/ Terri M. Long_____
                                                                                  TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois 60430
Phone: (708) 922-3301
Fax: (708) 922-3302
Atty. for THE MONEY SOURCE INC., its Successors and/or Assigns