**REQUIRED STATEMENT TO ACCOMPANY
ALL MOTIONS TO MODIFY STAY**

All Cases:  Debtor(s)  Francisco Sanchez                                    Case No. 18-09633  Chapter 13
All Cases:  Name of Moving Creditor THE MONEY SOURCE INC., its successors and/or assigns
Date Case Filed 4/2/18

Nature of Relief Sought:   X Lift Stay     Annul Stay     Other (describe)_____

Chapter 13:  Date of Confirmation Hearing_____ or Date Plan Confirmed     6/19/18
Chapter 7:   No-Asset Report Filed on _____
              No-Asset Report not Filed, Date of Creditors Meeting_____

1. Collateral
   a. X  Home 8611 Melvina Ave, Burbank, Illinois 60459
   b.    Car Year, Make and Model_____
   c.    Other _____

2. Balance Owed as of Petition Date $165,027.75
   Total of all other Liens against Collateral $_____

3. In Chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral  $150,000.00 per Schedule A/B

5. Default
   a.    Pre-Petition Default
         Number of _____         Amount  $_____
   b.    X  Post-Petition Default
         i.    X  On direct payments to the moving creditor
               Number of months  3 as of 10/3/19  Amount  $4,851.90 plus fees & costs
         ii.       On payments to the Standing Chapter 13 Trustee
               Number of months _____       Amount $ _____

6. Other Allegations
   a.    Lack of Adequate Protection § 362 (d)(1)
         i.    No insurance
         ii.   Taxes unpaid      Amount $ _____
         iii.  Rapidly depreciating asset _____
         iv.   Other _____

   b.    No Equity and not Necessary for an Effective Reorganization § 362 (d)(2)

   c.    Other "Cause" § 362 (d)(1)
         i.    Bad Faith (describe) _____
         ii.   Multiple filings _____
         iii.  Other (describe) _____

   d.    Debtor's Statement of Intention regarding the Collateral
         i. Reaffirm   ii.  Redeem   iii. Surrender   iv. No Statement of Intention Filed


Date:  10/8/19                                          /s/ Terri M. Long
                                                     Counsel for Movant