**Fill in this information to identify the case:**

Debtor 1  Francisco Sanchez

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois

Case number  18-09633

---

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** The Money Source Inc.

**Court claim no.** (if known): 21

**Last 4 digits** of any number you use to identify the debtor's account: 8 4 3 2

**Date of payment change:**
Must be at least 21 days after date of this notice: 07/01/2019

**New total payment:** $ 1,637.30
Principal, interest, and escrow, if any

---

**Part 1:** Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $ 521.90         **New escrow payment:** $ 843.63

**Part 2:** Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____%         **New interest rate:** _____%

   **Current principal and interest payment:** $ _____   **New principal and interest payment:** $ _____

**Part 3:** Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $ _____   **New mortgage payment:** $ _____

---

Debtor 1 __Francisco Sanchez_____    Case number (*if known*) __18-09633_____
      First Name   Middle Name   Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Diana Carpintero_____    Date __05/31/2019__
   Signature

Print: __Diana_____Carpintero_____   Title __Attorney for Creditor__
   First Name   Middle Name   Last Name

Company __Marinosci Law Group_____

Address __134 N LaSalle Street; Suite 1900_____
   Number   Street

__Chicago_____IL____60602__
   City   State   ZIP Code

Contact phone __312-940-8580__    Email __ILWIBK@mlg-defaultlaw.com__

# UNITED STATES BANKRUPTCY COURT

**Certificate of Service**

I hereby certify that a copy of the foregoing Notice of Mortgage Payment Change was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date: 05/31/2019

Chapter 13 Trustee: Marilyn o Marshall

Trustee Address: __

Trustee Email: courtdocs@chi13.com

Debtor's Counsel Name: David M Siegel

Debtor's Counsel Address: __

Debtor's Counsel Email: davidsiegelbk@gmail.com

Debtor 1 Name: Francisco Sanchez

Debtor 2 Name

Debtor's Mailing Address: 8611 Melvina Ave. Burbank, IL 60459

Debtor Email:

_/s/ Diana Carpintero_____